1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  JOHNNY RAMEY,                    1:05-cv-00228-AWI-DLB-P

12            Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                **RECOMMENDATIONS** (Doc. 16)
13  vs.
                                **ORDER REVOKING IN FORMA**
14  KIM TRAN, et al.,           **PAUPERIS STATUS**

15            Defendants.       **ORDER THAT PLAINTIFF PAY**
    _____/   **FILING FEE**
16

17      Plaintiff, Johnny Ramey ("plaintiff"), a state prisoner

18  proceeding pro se, has filed this civil rights action seeking

19  relief under 42 U.S.C. § 1983.  The matter was referred to a

20  United States Magistrate Judge pursuant to 28 U.S.C.

21  § 636(b)(1)(B) and Local Rule 72-302.

22      On March 13, 2006, the Magistrate Judge filed Findings and

23  Recommendations herein that recommended plaintiff be ordered to

24  pay the filing fee.  These Findings and Recommendations were

25  served on plaintiff and which contained notice to plaintiff that

26  any objections to the Findings and Recommendations were to be

27  filed within thirty (30) days.  On April 10, 2006, plaintiff

28  filed objections to the Magistrate Judge's Findings and

                                1

1    Recommendations.

2         In accordance with the provisions of 28 U.S.C.

3    § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

4    <u>de novo</u> review of this case.  Having carefully reviewed the

5    entire file, the Court finds the Findings and Recommendations to

6    be supported by the record and by proper analysis.   As explained

7    by the Magistrate Judge, plaintiff must pay the filing fee

8    pursuant to 28 U.S.C. § 1915(g) because plaintiff has filed three

9    or more actions that were dismissed as frivolous, as malicious,

10   or for failing to state a claim upon which relief may be granted

11   and plaintiff's complaint does not show that plaintiff is

12   currently under imminent danger of serious physical injury.

13        Accordingly, IT IS HEREBY ORDERED that:

14        1.   The Findings and Recommendations, filed March 13, 2006,

15   are ADOPTED IN FULL;

16        2.   Pursuant to 28 U.S.C. § 1915(g), plaintiff's in forma

17   pauperis status is REVOKED;

18        3.   Plaintiff pay the $250.00 filing fee in full within

19   **thirty (30) days** from the date of service of this order; and,

20        4.   This action be dismissed without prejudice **IF** plaintiff

21   fails to pay the filing fee in full within thirty days.

22

23   IT IS SO ORDERED.

24   **Dated:    July 6, 2006**                    _____/s/ Anthony W. Ishii_____
     0m8i78                                  UNITED STATES DISTRICT JUDGE

25

26

27

28