1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    JOHNNEY RAMEY,                              CASE NO. CV-F-05-228 AWI DLB P

10                         Plaintiff,            ORDER DENYING MOTION FOR
                                                 PROCUREMENT OF RECORDS
11         v.
                                                 (Doc. 32)
12    KIM TRAN, et al.,

13                         Defendants.
                                           /
14

15         On March 12, 2008, plaintiff Ramey filed a notice of appeal of the Court's dismissal of this

16    action for plaintiff's failure to obey the court's order of March 20, 2007 and failure to pay the filing

17    fee.  On April 4, 2008, plaintiff filed a motion for all records to be transferred to the Ninth Circuit

18    Court of Appeals.

19         The record is ready for transmittal and will be transmitted upon request of the Clerk of the

20    Court of Appeals.  It is unnecessary for plaintiff to make the request, and this Court will not make

21    the transmittal upon plaintiff's request.

22         Accordingly, plaintiff's request for transmittal of the record is DENIED.

23      IT IS SO ORDERED.

24    **Dated:    April 10, 2008**              _____ **/s/ Dennis L. Beck** _____
                                                UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1